# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:15–cv–06337–AT

| | |
|---|---|
| National Federation Of The Blind et al v. J.Crew Group, Inc. | Date Filed: 08/11/2015 |
| Assigned to: Judge Analisa Torres | Date Terminated: 06/24/2016 |
| Cause: 42:12188 Americans With Disabilities Act – Civil Enforcement Actions | Jury Demand: Plaintiff |
| | Nature of Suit: 446 Civil Rights: Americans with Disabilities – Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**National Federation Of The Blind**
*on behalf of itself and its members*

represented by **David Raizman**
Ogletree, Deakins, Nash, Smoak &Stewart, P.C
400 South Hope St., Suite 1200
Los Angeles, CA 90071
(213)–438–1285
Fax: (213)–239–9045
Email: david.raizman@ogletreedeakins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Williams**
Colorado Cross–Disability Coalition Legal Program
655 Broadway, Suite 775
Denver, CO 80203
(720)–336–3584
Email: kwilliams@ccdconline.org
*ATTORNEY TO BE NOTICED*

**Jana Eisinger**
Martinez Law Group
244 5th Avenue
New York, NY 10001
(917)–805–8944
Email: eisinger@mlgrouppc.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colorado Cross–Disability Coalition**
*on behalf of itself and its members*

represented by **Kevin Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jana Eisinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dishon Spears**

represented by **Kevin Williams**

*individually and on behalf of all others similarly situated*     (See above for address)
*ATTORNEY TO BE NOTICED*

**Jana Eisinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard King**     represented by **Kevin Williams**
*individually and on behalf of all others similarly situated*     (See above for address)
*ATTORNEY TO BE NOTICED*

**Jana Eisinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacy Cervenka**     represented by **Kevin Williams**
*individually and on behalf of all others similarly situated*     (See above for address)
*ATTORNEY TO BE NOTICED*

**Jana Eisinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanine Lineback**     represented by **Kevin Williams**
*individually and on behalf of all others similarly situated*     (See above for address)
*ATTORNEY TO BE NOTICED*

**Jana Eisinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arthur Jacobs**     represented by **Kevin Williams**
*individually and on behalf of all others similarly situated*     (See above for address)
*ATTORNEY TO BE NOTICED*

**Jana Eisinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**J.Crew Group, Inc.**     represented by **Aaron Warshaw**
Ogletree, Deakins, Nash, Smoak &Stewart, P.C. (NY)
1745 Broadway
New York, NY 10019

(212) 492–2502
Fax: (917) 492–2501
Email: aaron.warshaw@ogletreedeakins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Raizman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/11/2015 | Ï 1 | COMPLAINT against J.Crew Group, Inc.. (Filing Fee $ 400.00, Receipt Number 0208–11264827)Document filed by Jeanine Lineback, Arthur Jacobs, National Federation Of The Blind, Richard King, Dishon Spears, Colorado Cross–Disability Coalition, Stacy Cervenka.(Eisinger, Jana) (Entered: 08/11/2015) |
| 08/11/2015 | Ï 2 | CIVIL COVER SHEET filed. (Eisinger, Jana) (Entered: 08/11/2015) |
| 08/11/2015 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS as to J.Crew Group, Inc., re: 1 Complaint,. Document filed by Stacy Cervenka, Colorado Cross–Disability Coalition, Arthur Jacobs, Richard King, Jeanine Lineback, National Federation Of The Blind, Dishon Spears. (Eisinger, Jana) (Entered: 08/11/2015) |
| 08/11/2015 | Ï 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by National Federation Of The Blind.(Eisinger, Jana) (Entered: 08/11/2015) |
| 08/11/2015 | Ï 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Colorado Cross–Disability Coalition.(Eisinger, Jana) (Entered: 08/12/2015) |
| 08/12/2015 | Ï 6 | ELECTRONIC SUMMONS ISSUED as to J.Crew Group, Inc.. (rch) (Entered: 08/12/2015) |
| 08/12/2015 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Analisa Torres. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (rch) (Entered: 08/12/2015) |
| 08/12/2015 | Ï | Magistrate Judge Sarah Netburn is so designated. (rch) (Entered: 08/12/2015) |
| 08/12/2015 | Ï | Case Designated ECF. (rch) (Entered: 08/12/2015) |
| 08/12/2015 | Ï 7 | INITIAL PRETRIAL CONFERENCE ORDER: Initial Conference set for 10/19/2015 at 04:30 PM in Courtroom 15D, 500 Pearl Street, New York, NY 10007 before Judge Analisa Torres. (As further set forth in this Order.) (Signed by Judge Analisa Torres on 8/12/2015) (tro) (Entered: 08/13/2015) |
| 08/25/2015 | Ï 8 | AFFIDAVIT OF SERVICE of Summons and Complaint,. J.Crew Group, Inc. served on 8/14/2015, answer due 9/4/2015. Service was accepted by Kevin Vohnoutka, Registered Agent. Document filed by Jeanine Lineback; Arthur Jacobs; National Federation Of The Blind; Richard King; Dishon Spears; Colorado Cross–Disability Coalition; Stacy Cervenka. (Eisinger, Jana) (Entered: 08/25/2015) |
| 08/26/2015 | Ï 9 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Kevin William Williams |

| | | |
|---|---|---|
| | | to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–11319535. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Stacy Cervenka, Colorado Cross–Disability Coalition, Arthur Jacobs, Richard King, Jeanine Lineback, National Federation Of The Blind, Dishon Spears. (Attachments: # 1 CO Certificate of Good Standing)(Williams, Kevin) Modified on 8/26/2015 (sdi). (Entered: 08/26/2015) |
| 08/26/2015 | Ï | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 9 MOTION for Kevin William Williams to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–11319535. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Proposed Order;. Re–file the motion as a Corrected Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (sdi)** (Entered: 08/26/2015) |
| 08/26/2015 | Ï 10 | MOTION for Kevin William Williams to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Stacy Cervenka, Colorado Cross–Disability Coalition, Arthur Jacobs, Richard King, Jeanine Lineback, National Federation Of The Blind, Dishon Spears. (Attachments: # 1 CO Certificate of Good Standing, # 2 Proposed Order)(Williams, Kevin) (Entered: 08/26/2015) |
| 08/26/2015 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 10 MOTION for Kevin William Williams to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sdi)** (Entered: 08/26/2015) |
| 08/26/2015 | Ï 11 | ORDER granting 10 Motion for Kevin W. Williams to Appear Pro Hac Vice (HEREBY ORDERED by Judge Analisa Torres)(Text Only Order) (Torres, Analisa) (Entered: 08/26/2015) |
| 09/01/2015 | Ï 12 | NOTICE OF APPEARANCE by Aaron Warshaw on behalf of J.Crew Group, Inc.. (Warshaw, Aaron) (Entered: 09/01/2015) |
| 09/01/2015 | Ï 13 | **FILING ERROR – ELECTRONIC FILING OF NON–ECF DOCUMENT –** LETTER MOTION for Extension of Time to File Answer addressed to Judge Analisa Torres from Aaron Warshaw, Esq. dated 9/1/15. Document filed by J.Crew Group, Inc..(Warshaw, Aaron) Modified on 9/2/2015 (db). (Entered: 09/01/2015) |
| 09/02/2015 | Ï | **\*\*\*NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF DOCUMENT ERROR. Note to Attorney Aaron Warshaw to E–MAIL Document No. 13 Stipulation to judgments@nysd.uscourts.gov. This document is not filed via ECF. (db)** (Entered: 09/02/2015) |
| 09/02/2015 | Ï 14 | STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER OR RESPOND TO THE COMPLAINT: It is hereby stipulated and agreed, by and between the undersigned parties through their respective counsel, that the time for defendant J. Crew Group, Inc. to answer, move or otherwise respond to the Complaint is hereby extended by two (2) weeks, through and including September 18,2015. No previous continuances have been requested in this matter. GRANTED to the extent that by September 18, 2015, Defendant shall answer the complaint or submit a letter requesting a pre–motion conference pursuant to Paragraph III of this Court's Individual Practices in Civil Cases. SO ORDERED. J.Crew Group, Inc. answer due 9/18/2015. (Signed by Judge Analisa Torres on 9/2/2015) (ajs) (Entered: 09/02/2015) |
| 09/14/2015 | Ï | Pro Hac Vice Fee Refunded: for 10 MOTION for Kevin William Williams to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Filing fee refunded for Receipt number 0208–11319004, for the following reason(s): DUPLICATE PAYMENT. (dig) (Entered: 09/14/2015) |

| | | |
|---|---|---|
| 09/18/2015 | 15 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for David Raizman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–11406899. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by National Federation Of The Blind. (Attachments: # 1 Exhibit A – Certificate of Standing)(Raizman, David) Modified on 9/18/2015 (sdi). (Entered: 09/18/2015) |
| 09/18/2015 | 16 | LETTER MOTION for Conference *to discuss J. Crew's anticipated motion to dismiss, stay or transfer the action* addressed to Judge Analisa Torres from David Raizman dated September 18, 2015. Document filed by National Federation Of The Blind.(Raizman, David) (Entered: 09/18/2015) |
| 09/18/2015 |  | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 15 MOTION for David Raizman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–11406899. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California; missing Proposed Order;. Re–file the motion as a Corrected Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (sdi)** (Entered: 09/18/2015) |
| 09/24/2015 | 17 | MOTION for David Raizman to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by J.Crew Group, Inc.. (Attachments: # 1 Exhibit A – CA Certificate of Good Standing, # 2 Proposed Order)(Raizman, David) (Entered: 09/24/2015) |
| 09/25/2015 |  | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 17 MOTION for David Raizman to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sdi)** (Entered: 09/25/2015) |
| 09/25/2015 | 18 | LETTER MOTION for Conference re: 16 LETTER MOTION for Conference *to discuss J. Crew's anticipated motion to dismiss, stay or transfer the action* addressed to Judge Analisa Torres from David Raizman dated September 18, 2015. addressed to Judge Analisa Torres from Jana Eisinger dated September 25, 2015. Document filed by Stacy Cervenka, Colorado Cross−Disability Coalition, Arthur Jacobs, Richard King, Jeanine Lineback, National Federation Of The Blind, Dishon Spears.(Eisinger, Jana) (Entered: 09/25/2015) |
| 10/05/2015 | 19 | ORDER denying 18 Letter Motion for Conference. Having reviewed the parties' letters dated September 18 and 25, 2015, it is ORDERED that: 1. The request for a pre−motion conference is DENIED; 2. Defendant shall file its motion to dismiss, stay or transfer by November 2, 2015; 3. Plaintiff shall file its opposition papers by November 16, 2015; and 4. Defendant(s) shall file their reply papers by November 23, 2015. SO ORDERED. (Signed by Judge Analisa Torres on 10/5/2015) (ajs) (Entered: 10/05/2015) |
| 10/05/2015 |  | Set/Reset Deadlines: Motions due by 11/2/2015. Responses due by 11/16/2015 Replies due by 11/23/2015. (ajs) (Entered: 10/05/2015) |
| 10/14/2015 | 20 | ORDER: The initial conference scheduled for October 19, 2015 is ADJOURNED sine die, pending resolution of Defendants' motion to dismiss, stay, or transfer. SO ORDERED. (Signed by Judge Analisa Torres on 10/14/2015) (ajs) (Entered: 10/14/2015) |
| 11/02/2015 | 21 | MOTION to Dismiss , *Stay or Transfer*. Document filed by J.Crew Group, Inc.. (Attachments: # 1 Request for Judicial Notice in Support of Motion to Dismiss, Stay or Transfer)(Warshaw, Aaron) (Entered: 11/02/2015) |
| 11/02/2015 | 22 | |

| Date | Doc # | Description |
|---|---|---|
| | | MEMORANDUM OF LAW in Support re: 21 MOTION to Dismiss , *Stay or Transfer*. . Document filed by J.Crew Group, Inc.. (Warshaw, Aaron) (Entered: 11/02/2015) |
| 11/02/2015 | 23 | DECLARATION of DAVID RAIZMAN in Support re: 21 MOTION to Dismiss , *Stay or Transfer*.. Document filed by J.Crew Group, Inc.. (Attachments: # 1 Exhibits A–I to Declaration of David Raizman)(Warshaw, Aaron) (Entered: 11/02/2015) |
| 11/02/2015 | 24 | DECLARATION of PETER DOOHER in Support re: 21 MOTION to Dismiss , *Stay or Transfer*.. Document filed by J.Crew Group, Inc.. (Warshaw, Aaron) (Entered: 11/02/2015) |
| 11/12/2015 | 25 | NOTICE OF CHANGE OF ADDRESS by Kevin Williams on behalf of All Plaintiffs. New Address: Colorado Cross–Disability Coalition, 1385 South Colorado Blvd, Suite 610–A, Denver, Colorado, 80222,. (Williams, Kevin) (Entered: 11/12/2015) |
| 11/16/2015 | 26 | MEMORANDUM OF LAW in Opposition re: 21 MOTION to Dismiss , *Stay or Transfer*. . Document filed by Stacy Cervenka, Colorado Cross–Disability Coalition, Arthur Jacobs, Richard King, Jeanine Lineback, National Federation Of The Blind, Dishon Spears. (Eisinger, Jana) (Entered: 11/16/2015) |
| 11/23/2015 | 27 | REPLY to Response to Motion re: 21 MOTION to Dismiss , *Stay or Transfer*. . Document filed by J.Crew Group, Inc.. (Warshaw, Aaron) (Entered: 11/23/2015) |
| 11/23/2015 | 28 | DECLARATION of David Raizman in Support re: 21 MOTION to Dismiss , *Stay or Transfer*.. Document filed by J.Crew Group, Inc.. (Attachments: # 1 Exhibit A–C)(Warshaw, Aaron) (Entered: 11/23/2015) |
| 11/23/2015 | 29 | DECLARATION of PETER DOOHER in Support re: 21 MOTION to Dismiss , *Stay or Transfer*.. Document filed by J.Crew Group, Inc.. (Warshaw, Aaron) (Entered: 11/23/2015) |
| 12/28/2015 | 30 | ORDER granting 17 Motion for David Raizman to Appear Pro Hac Vice (HEREBY ORDERED by Judge Analisa Torres)(Text Only Order) (Torres, Analisa) (Entered: 12/28/2015) |
| 05/27/2016 | 31 | LETTER addressed to Judge Analisa Torres from David Raizman dated May 27, 2016 re: updating Court on proceedings in related cases in C.D. Cal. that may relate to pending motion (Doc. No. 21) and passing along C.D. Cal. inquiry on status of motion. Document filed by J.Crew Group, Inc..(Warshaw, Aaron) (Entered: 05/27/2016) |
| 06/24/2016 | 32 | ORDER granting 21 Motion to Dismiss, Stay or Transfer. The Clerk of Court is directed to (1) transfer this case to the Central District of California and (2) close the case. SO ORDERED. (As further set forth in this Order.) (Signed by Judge Analisa Torres on 6/24/2016) (kko) (Entered: 06/24/2016) |
| 06/24/2016 | | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – Central District of California. (tro) (Entered: 07/01/2016) |