# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of itself and its members, COLORADO CROSS-DISABILITY COALITION, on behalf of itself and its members, ARTHUR JACOBS, DISHON SPEARS, RICHARD KING, STACEY CERVENKA, and JEANINE LINEBACK, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>J.CREW GROUP, INC., a Delaware corporation,<br><br>          Defendant. | Case No. 2:16-cv-04928 JAK (MRWx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION**<br><br>**JS-6**<br><br>Complaint Filed: August 11, 2015<br>Transferred:      July 6, 2016<br>Trial Date:         None<br><br>District Judge:    Hon. John A. Kronstadt<br>Magistrate Judge: Hon. Michael R. Wilner |

1  The Court, having considered the Stipulation of Dismissal jointly filed
2  pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure by the
3  National Federation of the Blind, the Colorado Cross-Disability Coalition, Arthur
4  Jacobs, Dishon Spears, Richard King, Stacy Cervenka, and Jeanine Lineback
5  (collectively, "Plaintiffs") and defendant J. Crew Group, Inc. (together, the
6  "Parties"), dismisses Plaintiffs' individual claims with prejudice and dismisses any
7  class claims without prejudice.  Each Party shall bear his, her, or its own fees and
8  costs.
9  **IT IS SO ORDERED.**

12 Dated: September 14, 2016

_____
Hon. John A. Kronstadt
United States District Judge